**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Edward BELL, Jr., a/k/a Goochie,**
**Defendant–Appellant.**

No. 10–6656.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2011.

Decided: March 16, 2011.

John Edward Bell, Jr., Appellant pro se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Edward Bell, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bell,* No. 8:02–cr–00049–DKC–1, 2010 WL 1258186 (D.Md. Mar. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*